## Case No. 16,412.

UNITED STATES v. STROTHER.

[3 Cranch, C. C. 432.] [1]

Circuit Court, District of Columbia. May Term, 1829.

EXAMINATION OF WITNESS.

Upon an indictment for a nuisance, in keeping a public gaming-house, the question, Who dealt the cards? is too general. Witness not bound to answer it.

Indictment [against John Strother] for a nuisance, in keeping a common gaming-house.

Mr. Swann, for the United States, asked the witness, O. Carr, "Who dealt the cards?"

Mr. Jones, for defendant, objected that it was too general.

And THE COURT (nem. con.) sustained the objection.